UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL P. JOSLYN,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 3:14-CV-05277-JRC<br><br>ORDER |

  This matter comes before this Court following an appeal (Dkt. 21) of this Court's Order affirming the Social Security Administration's denial of benefits to plaintiff (Dkt. 19).

  On December 13, 2017, the United States Court of Appeals for the Ninth Circuit issued a Memorandum (Dkt. 23) reversing this Court's decision and remanding this matter to the Social Security Administration for additional proceedings consistent with the Memorandum.

  On February 5, 2018, the Court of Appeals issued the formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, making it the final judgment of the Court (Dkt. 24).

It is hereby ORDERED that this matter be remanded to the Social Security Administration for further proceedings consistent with the Memorandum of the United States Court of Appeals for the Ninth Circuit, entered December 13, 2017. *See* Dkt. 23, pp. 2, 4.

The Clerk is directed to close this case.

Dated this 14th day of February, 2018.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2