UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL P. JOSLYN,

              Plaintiff,

    v.

NANCY A. BERRYHILL, Deputy
Commissioner of Social Security for
Operations,

              Defendant.

CASE NO. 3:14-CV-05277-JRC

ORDER ON UNOPPOSED
MOTION FOR EQUAL ACCESS
TO JUSTICE ACT FEES,
EXPENSES AND COSTS

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge

and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6).

This matter is before the Court on plaintiff's Motion for Attorney's Fees, Costs, and Expenses

Pursuant to 28 U.S.C. § 2412 (*see* Dkt. 28).  Defendant has no objections to plaintiff's motion

(*see* Dkt. 29).

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion

(*see* Dkt. 28), the attorney declaration and time and expense itemizations (Dkt. 28, Attachments

2, 3), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $12,204.48

and expenses in the amount of $32.17, shall be awarded to plaintiff pursuant to the EAJA and

consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7

(2010).

It is further ORDERED that costs in the amount of $292.40 shall be awarded to plaintiff

pursuant to 28 U.S.C. § 1920.

The Acting Commissioner shall contact the Department of Treasury after the Order for

EAJA fees, expenses and costs is entered to determine if the EAJA fees, expenses and costs are

subject to any offset. If it is determined that plaintiff's EAJA fees, expenses and costs are not

subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then

the check for EAJA fees, expenses and costs shall be paid directly to plaintiff's attorney, Eitan

Kassel Yanich, Esq., either by direct deposit or by check payable to him, based on plaintiff's

assignment of these amounts to plaintiff's attorney (*see* Plaintiff's Declaration Regarding Net

Worth and Payment of EAJA Fees, Dkt. 27). If there is an offset, the remainder shall be made

payable to plaintiff, based on the practice of the Department of the Treasury (*see*, *e.g.,* Case No.

2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees, expenses and costs shall be mailed to

plaintiff's counsel, Eitan Kassel Yanich, Esq., at Law Office of Eitan Kassel Yanich, PLLC, 203

Fourth Avenue E., Suite 321, Olympia, WA 98501.

Dated this 23rd day of April, 2018.

J. Richard Creatura
United States Magistrate Judge